IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

COURTNEY STEVENSON, et al.   CASE NO. 3:24cv294

　　　　Plaintiffs,

vs.

WAIAKEA BOTTLING INC., et al.

　　　　Defendants.

### ORDER OF DISMISSAL; TERMINATION ENTRY

The Court having been advised by counsel for the parties that the above matter has been settled, **IT IS ORDERED** that this action is hereby **DISMISSED,** with prejudice as to the parties, provided that any of the parties may, upon good cause shown **within 90 days**, reopen the action if settlement is not consummated.

Parties intending to preserve this Court's jurisdiction to enforce the settlement should be aware of *Kokkonen v. Guardian Life Ins. Co. of America*, 114 S.Ct. 1673 (1994), and incorporate appropriate language in any substituted judgment entry.

The Court will retain jurisdiction to enforce the terms of the settlement between the parties, if necessary.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　*Walter H. Rice*
　　　　　　　　　　　　　　　　　　**WALTER H. RICE, JUDGE**
　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT**